IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**LUIS G. RULLAN MARIN, et al.,**
**Plaintiffs**

v.                                                                    CIVIL NO. 05-1648(DRD)

**VELDA GONZALEZ VDA. DE MODESTI,**
**et al.,**
**Defendants**

| MOTION | RULING |
|---|---|
| **Date Filed:** 08/10/05  **Docket #2**<br>[X] **Plff**  [ ] **Deft**<br>[ ] **Other**<br><br>**Title:** Notice of Voluntary Dismissal | **GRANTED**. Because Plaintiff have appeared and requested dismissal **WITHOUT PREJUDICE**, against co-defendants Roberto Sanchez Ramos, Anabelle Rodriguez and Francisco de Jesus, Juan Carlos Mendez, Salvador Antonetti Stuts, Pedro Geronimo Goyco, Zoraida Torres, Aristides Cales Fraticelli, Anibal Garcia, Enrique Ubarri Baragaño, Juan Baralt Benitez, George Mottley, Mayra Huergo Cardoso, Federico Quiñones Artau and Joseph Martinez, the Court hereby **grants** plaintiffs' request, pursuant to Fed.R.Civ.P. 41(a)(1)(i). **Partial Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 12th day of August 2005.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE